Henry Reynolds
P.O. Box 7443
Santa Monica, CA 90406
Tel: (310) 393-7052
Fax: (815) 550-2266
Email: Henryfreynolds@gmail.com
CA Bar No. 158709

Attorney for Plaintiff
ISRAEL FLORES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ISRAEL FLORES,<br><br>             Plaintiff,<br>    vs.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security<br><br>             Defendant. | Case No.: 1:10cv00919 SMS<br><br>STIPULATION TO EXTEND TIME;<br>ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Appellant may have an extension of time within which to submit Appellant's Opening Brief to and including February 7, 2011. This is Plaintiff's first such request. Plaintiff's counsel needs this additional time because of an unexpectedly heavy workload.

1

| | |
|---|---|
| DATED: January 6, 2011 | /s/ Henry Reynolds<br>_____<br>Henry Reynolds<br>Attorney for Plaintiff<br>ISRAEL FLORES |
| DATED: January 6, 2011 | Approved by email on January 3, 2011.<br>/s/ Peter Thompson for ARC Theophous Reagans<br>_____<br>Assistant Regional Counsel<br>Attorney for Defendant |

**IT IS SO ORDERED.**

**Dated:   January 4, 2011              /s/ Sandra M. Snyder  **
                              **UNITED STATES MAGISTRATE JUDGE**