1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7      E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9                          UNITED STATES DISTRICT COURT

10                         EASTERN DISTRICT OF CALIFORNIA

11                                **FRESNO DIVISION**

12

13 ISRAEL FLORES                     )
                                     )   CIVIL NO. 1:10-CV-000919 SMS
14     Plaintiff,                    )
                                     )   STIPULATION AND ORDER TO
15     v.                            )   EXTEND TIME
                                     )
16 MICHAEL J. ASTRUE,                )
   Commissioner of                   )
17 Social Security,                  )
                                     )
18     Defendant.                    )
   _____   )

19

20      The parties, through their respective counsel, stipulate that the time for filing defendant's

21 opposition to plaintiff's opening brief be extended from February 23, 2011 to March 23, 2011.

22      This is defendant's first request for an extension of time to file a response to plaintiff's opening

23 brief.  Defendant needs the additional time to further review the file and prepare a response in this

24 matter.

25                                        Respectfully submitted,

26 Dated: February 24, 2011           */s/Henry Reynolds*
                                      (As authorized via e-mail/telephone)
27                                    HENRY REYNOLDS
                                      Attorney for Plaintiff

28

| | |
|---|---|
| Dated: February 24, 2011 | LAWRENCE G. BROWN<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ *Theophous H. Reagans*<br>THEOPHOUS H. REAGANS<br>Special Assistant U.S. Attorney |

**IT IS SO ORDERED:**

Dated:   February 24, 2011              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE